| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Samuel H. Rudman, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100    FAX No: 631-367-1173 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | | |
| Plaintiff: Kevin Cornwell, et al. | | |
| Defendant: Credit Suisse Group, et al. | | |

| AFFIDAVIT OF SERVICE<br>Summons & Complaint | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CIV3758 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. a. Party served:         Brady W. Dougan
   b. Person served:       Brady W. Dougan, Personally, White, Male, 42 Years Old, Brown Hair, 6 Feet, 175 Pounds

4. Address where the party was served:     35 Wilshire Road
                                            Greenwich, CT 06831

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 02, 2008 (2) at: 6:22PM

7. Person Who Served Papers:
   a. Eric J. Rubin
   b. Class Action Research &
      Litigation Support Services, Inc.
      PO Box 740
      Penryn, CA 95663
   c. 888-737-7771

Fee for Service:
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

MAY 0 7 2008
(Date)                           (Signature)

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

My Commission Expires 8.31.2008
(Date)

AFFIDAVIT OF SERVICE
Summons & Complaint                    (Notary Public))          sarud.102896