```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
KEVIN CORNWELL,                         :
                                        :   08 Civ. 3758 (VM)
                    Plaintiff,          :
                                        :
     - against -                        :
                                        :
CREDIT SUISSE GROUP, et al.,            :
                                        :
                    Defendants.         :
---------------------------------------X
--------------------------------------- X
JOHN M. GRADY,                          :
                                        :   08 Civ. 5000 (VM)
                    Plaintiff,          :
                                        :
     - against -                        :
                                        :
CREDIT SUISSE GROUP, et al.,            :   ORDER
                                        :
                    Defendants.         :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the two cases captioned above, the Court noted that the complaints describe the same or substantially similar underlying events and operative facts, and assert claims arising out of the same or substantially similar actions against all or most of the same defendants. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate the two cases captioned above for all purposes; and it is further

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-08
```

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower number case, 08 Civ. 3758; and its finally

**ORDERED** that the Clerk of Court close the referenced higher numbered case, 08 Civ. 5000, as a separate action and remove it from the Court's database of open cases.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         23 June 2008

_____
Victor Marrero
U.S.D.J.

MEMORANDUM

DATE: 06/11/2008

TO: UNIT: Case Processing

FROM: MDL Unit/Case Processing

SUBJECT: ASSIGNMENT OF A CASE AS RELATED.

RE: 08 CV 5000   GRADY -V- CREDIT SUISSE GROUP

The above action is assigned to Judge MARRERO from the unassigned docket as related to 08 CV 3758 The case processing clerk shall prepare and file an original Notice of Assignment and mail copies to each attorney of record.

***Designated Magistrate Judge FRANCIS

cc: Judge MARRERO