UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN CORNWELL, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> CREDIT SUISSE GROUP, WALTER B. KIELHOLZ, HANS-ULRICH DOERIG, BRADY W. DOUGAN and RENATO FASSBIND, <br><br> Defendants. | Case No. 08 Civ. 3758 (VM) <br> ECF Case <br> **CLASS ACTION** <br><br><br> **APPEARANCE** |

To The Clerk Of This Court And All Parties Of Record:

Please enter my appearance as counsel in this case for the Consolidated Plaintiff, John M. Grady.

I certify that I am admitted to practice in this court.

Date: July 1, 2008

By: /s/ Beth Kaswan
BETH KASWAN (BK-0264)
SCOTT + SCOTT, LLP
29 West 57th Street, 14th Floor
New York, NY 10019
Tel: (212) 223-6444
Fax: (212) 223-6334
bkaswan@scott-scott.com