USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-7-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

KEVIN CORNWELL, Individually and On          :    Civil Action No. 1:08-cv-03758-VM
Behalf of All Others Similarly Situated,      :
                                              :    CLASS ACTION
                    Plaintiff,                :
                                              :
        vs.                                   :
                                              :
CREDIT SUISSE GROUP, et al.,                  :
                                              :
                    Defendants.               :
                                              :
---------------------------------------------------------- x

## PLAINTIFFS' JOINT STIPULATION AND ORDER REGARDING APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

WHEREAS, on April 21, 2008, plaintiff Kevin Cornwell ("Cornwell") filed this action against Credit Suisse Group and certain of its officers and directors alleging violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934;

WHEREAS, on April 21, 2008, pursuant to the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. 78u-4(a)(3)(A)(i), counsel for Cornwell caused notice to be published on *Business Wire*, a widely circulated national business oriented wire service, advising members of the purported class of, *inter alia*: (1) the pendency of the action; (2) the claims asserted therein; (3) the purported class period; and (4) that, not later than 60 days after the date on which the notice was published, any member of the purported class had the right to move the Court to serve as lead plaintiff of the Class;

WHEREAS, on May 30, 2008, plaintiff John M. Grady ("Grady") filed a substantially similar action against Credit Suisse Group and certain of its officers and directors;

WHEREAS, no putative Class member filed an application for lead plaintiff in this action by the statutory deadline of June 20, 2008;

WHEREAS, on June 23, 2008, the Court entered an Order consolidating the *Cornwell* action and the *Grady* action;

WHEREAS, the PSLRA, 15 U.S.C. §78u-4(a)(3)(B), provides, *inter alia*, that as soon as practicable after the decision on consolidation is rendered, the court shall appoint the most adequate plaintiff as lead plaintiff for the consolidated actions;

WHEREAS, the PSLRA, 15 U.S.C. §78u-4(a)(3)(B)(iii), provides, *inter alia*, that the most-adequate plaintiff to serve as lead plaintiff is the person or group that has either filed a complaint or made a motion in response to a notice and has the largest financial interest in the relief sought by the Class, and plaintiffs Cornwell and Grady: (1) have each filed a complaint; and (2) to the best of their knowledge, believe that they have the largest known financial interest in this case among any putative class member, as a result of their investments in Credit Suisse Group American Depositary Receipts ("ADRs");

WHEREAS, in accordance with 15 U.S.C. §78u-4(a)(2), plaintiffs Cornwell and Grady filed sworn certifications with their respective complaints setting forth, among other things, details of their transactions in Credit Suisse Group ADRs during the February 15, 2007 through February 19, 2008 Class Period, as well as acknowledging their duties as lead plaintiff;

WHEREAS, 15 U.S.C. §78u-4 (a)(3)(B)(iii)(I)(cc) provides that, in addition to possessing the largest financial interest in the outcome of the litigation, a lead plaintiff must "otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure," by satisfying the typicality and adequacy requirements of Rule 23 at this preliminary stage. *Malasky v. IAC/InteractiveCorp.*, 2004 U.S. Dist. LEXIS 25832, at *11 (S.D.N.Y. Dec. 20, 2004);

- 2 -

WHEREAS, plaintiffs Cornwell and Grady preliminarily satisfy the typicality and adequacy requirements of Rule 23, for purposes of being appointed lead plaintiffs;

WHEREAS, 15 U.S.C. §78u-4(a)(3)(B)(iv) provides that, subject to the approval of the Court, the most adequate plaintiff shall select and retain counsel to represent the Class;

WHEREAS, plaintiffs Cornwell and Grady propose the law firms of Coughlin Stoia Geller Rudman & Robbins LLP and Scott + Scott, LLP to serve as lead counsel; and

WHEREAS, these two law firms have successfully worked together in numerous other actions and will ensure that there will be no duplication of efforts on the part of plaintiff's counsel;

IT IS HEREBY STIPULATED and AGREED, by and between plaintiffs Cornwell and Grady, through their undersigned attorneys, and subject to the Court's approval, as follows:

1.    Cornwell and Grady are hereby appointed Co-Lead Plaintiffs for the Class; and

2.    Cornwell's and Grady's selection of the law firms of Coughlin Stoia Geller Rudman & Robbins LLP and Scott + Scott, LLP to serve as Lead Counsel is approved.

DATED: July 3, 2008                          COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
                                             SAMUEL H. RUDMAN
                                             DAVID A. ROSENFELD

                                             David A. Rosenfeld /up
                                             DAVID A. ROSENFELD

                                             58 South Service Road, Suite 200
                                             Melville, NY 11747
                                             Telephone: 631/367-7100
                                             631/367-1173 (fax)

- 3 -

SCOTT + SCOTT, LLP
BETH ANN KASWAN

_Beth A. Kaswan/up u_
BETH ANN KASWAN

29 West 57th Street, 14th Floor
New York, NY  10019
Telephone:  212/223-6444
212/223-6334 (fax)

*Attorneys for Plaintiffs*

\*      \*      \*

**O R D E R**

IT IS SO ORDERED.

DATED:  7 July 2008

HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

- 4 -