UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Kevin Cornwell, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>CREDIT SUISSE GROUP, WALTER B. KIELHOLZ, HANS-ULRICH DOERIG, BRADY W. DOUGAN and RENATO FASSBIND,<br>      Defendants. | Civil Action No. 08 cv 3759 |

## NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Samuel H. Rudman, Esquire, dated August 13, 2008, the undersigned will move this Court, for an Order pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, permitting Deborah R. Gross, Esquire, to appear as counsel on behalf of plaintiff Kevin Cornwell, *pro hac vice* for all purposes in this proceeding.

Dated: August 13, 2008

                       Respectfully submitted,

                       COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

                       BY: _/s/ Samuel H. Rudman_

                       SAMUEL H. RUDMAN
                       58 South Service Road, Suite 200
                       Melville, NY 11747
                       Telephone: 631-367-7100
                       Fax: 631-367-1173
                       Email: srudman@csgrr.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Kevin Cornwell, Individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CREDIT SUISSE GROUP, WALTER B. KIELHOLZ, HANS-ULRICH DOERIG, BRADY W. DOUGAN and RENATO FASSBIND,<br>　　　　　　　　　Defendants. | Civil Action No. 08cv 3759 |

## AFFIRMATION OF SAMUEL H. RUDMAN

**SAMUEL H. RUDMAN**, an attorney admitted to practice before the Courts of the State of New York hereby affirms, under penalties of perjury, as follows:

1. I am counsel for the plaintiff Kevin Cornwell and am a member of good standing of the bar of this Court. I submit this Affidavit in support of the motion of the plaintiff Kevin Cornwell that Deborah R. Gross be permitted to appear, together with myself, as counsel on behalf of plaintiff Kevin Cornwell *pro hac vice* for all purposes in this action, including, but not limited to, conferences, pleadings, motion practice, arguments and trial.

2. I am informed and believe that Ms. Gross is a member in good standing of the bars of the Supreme Court of Pennsylvania; Supreme Court of Massachusetts; United States District court for the Eastern District of Pennsylvania; United States District Court for the District of Massachusetts; United States Court of Appeals for the Third Circuit; and United States Supreme Court. Ms. Gross is associated with the law firm of Law Offices Bernard M.

Gross, P.C., which has its office at The Wanamaker Building, 100 Penn Square East, Suite 450, Philadelphia, Pennsylvania 19107.

3.  It is my belief that the requirements of Local Civil Rule 1.3(c) of this Court are fully satisfied.

4.  Accordingly, I respectfully request that the motion be granted and the Court sign the proposed order annexed hereto.

Dated: August 13, 2008

SAMUEL H. RUDMAN

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
Kevin Cornwell, individually and on behalf  : Civil Action No. 08cv 3759
of all others similarly situated,           :
                                            :
                    Plaintiff,              :
                                            :
        v.                                  :
                                            :
CREDIT SUISSE GROUP, WALTER B.              :
KIELHOLZ, HANS-ULRICH DOERIG,               :
BRADY W. DOUGAN and RENATO                  :
FASSBIND,                                   :
                    Defendants.             :
----------------------------------------x

## AFFIDAVIT OF DEBORAH R. GROSS
## IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

COMMONWEALTH OF PENNSYLVANIA  :
                              :  SS
COUNTY OF PHILADELPHIA        :

**DEBORAH R. GROSS** being duly sworn, hereby deposes and says:

1.  I am associated with the law firm of the Law Offices Bernard M. Gross, P.C.

2.  I submit this Affidavit in support of the motion for my admission to practice *pro hac vice* in the above captioned matter.

3.  I am a member in good standing of the bars of the States of Pennsylvania and Massachusetts, having been admitted to practice in the Supreme Court of Pennsylvania, Supreme Court of Massachusetts, United States Court of Appeals for the Third Circuit and the United States Supreme Court.

4.  There are no pending disciplinary proceedings against me in any state or federal court.

5. Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in this one case.

Dated: _____    _____
                                   **DEBORAH R. GROSS**

**SWORN TO AND SUBSCRIBED**

before me this 14 Day of July, 2008

_____
**NOTARY PUBLIC**

```
NOTARIAL SEAL
SUSAN G GORDON
Notary Public
PHILADELPHIA CITY, PHILADELPHIA COUNTY
My Commission Expires Mar 5, 2009
```

2

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

  I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

  DO HEREBY CERTIFY That Deborah R. Gross, Bar # 44542, was duly admitted to practice in said Court on November 29, 1985, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania     MICHAEL E. KUNZ
                        Clerk of Court

on August 5, 2008.          BY _____
                     Aida Ayala,  Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
Kevin Cornwell, individually and on behalf  :  Civil Action No. 08cv 3759
of all others similarly situated,           :
                                            :
                    Plaintiff,              :
                                            :
    v.                                      :
                                            :
CREDIT SUISSE GROUP, WALTER B.              :
KIELHOLZ, HANS-ULRICH DOERIG,               :
BRADY W. DOUGAN and RENATO                  :
FASSBIND,                                   :
                    Defendants.             :
---------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE PRO HAC VICE

The motion for admission to practice *pro hac vice* in the above captioned matter is **GRANTED**. The admitted attorney, Deborah R. Gross, is permitted to argue or try this particular case in whole or in part as counsel.

This Order confirms her appearance as counsel in this case, and this Order will be entered on the Court's docket. A notation of these admissions *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

DATED: _____    _____
                                 THE HONORABLE VICTOR MARRERO
                                 UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Kelly Stadelmann, hereby certify that on August 13, 2008, I caused a true and correct copy of the attached:

Notice Of Motion And Motion To Admit Counsel *Pro Hac Vice;*

Affirmation Of Samuel H. Rudman In Support Of The Motion To Admit Counsel Pro Hac Vice; and

[Proposed] Order Granting Motion For Admission *Pro Hac Vice*

to be served by first-class mail to:

Credit Suisse Group
c/o Credit Suisse (USA), Inc.
Eleven Madison Avenue
New York, New York 10010

Walter Bruno Kielholz
Pilatusstrasse 18
CH-8023
Zurich Switzerland

Hans-Ulrich Doerig
Tobelhusstrasse 15
Zumikon
CH-8126
Zurich Switzerland

Brady William Dougan
35 Wilshire Rd
Greenwich CT 06831

Renato Fassbind
Schnabelweg 54
Wilen 8832
Switzerland

Kelly A. Stadelmann