UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

Kevin Cornwell, individually and on behalf of all others similarly situated,

            Plaintiff,

v.

CREDIT SUISSE GROUP, WALTER B. KIELHOLZ, HANS-ULRICH DOERIG, BRADY W. DOUGAN and RENATO FASSBIND,

            Defendants.

------------------------------------------------------x

Civil Action No. 08 Civ. 3758

USDS SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 8-25-08

## ORDER OF ADMISSION TO PRACTICE PRO HAC VICE

The motion for admission to practice *pro hac vice* in the above captioned matter is **GRANTED**. The admitted attorney, Deborah R. Gross, is permitted to argue or try this particular case in whole or in part as counsel.

This Order confirms her appearance as counsel in this case, and this Order will be entered on the Court's docket. A notation of these admissions *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

DATED: 25 August 2008

THE HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE