UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

3758

----------------------------------------x
Kevin Cornwell, individually and on behalf : Civil Action No. 08cv 3759
of all others similarly situated,         :
                                          :
                    Plaintiff,            :
                                          :   ┌─────────────────────────────┐
v.                                        :   │ USDS SDNY                   │
                                          :   │ DOCUMENT                    │
CREDIT SUISSE GROUP, WALTER B.            :   │ ELECTRONICALLY FILED        │
KIELHOLZ, HANS-ULRICH DOERIG,             :   │ DOC #: _____        │
BRADY W. DOUGAN and RENATO                :   │ DATE FILED: 8-26-08         │
FASSBIND,                                 :   └─────────────────────────────┘
                    Defendants.           :
----------------------------------------x

## ORDER OF ADMISSION TO PRACTICE PRO HAC VICE

The motion for admission to practice *pro hac vice* in the above captioned matter is GRANTED. The admitted attorney, Deborah R. Gross, is permitted to argue or try this particular case in whole or in part as counsel.

This Order confirms her appearance as counsel in this case, and this Order will be entered on the Court's docket. A notation of these admissions *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

DATED: 25 August 2008

THE HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE