USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-4-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
KEVIN CORNWELL, Individually and On     :   Civil Action No. 08-cv-03758 (VM)
Behalf of All Others Similarly Situated,         :   **(Consolidated)**
                                                                    :
                                        Plaintiff,          :   CLASS ACTION
                                                                    :
vs.                                                                :   STIPULATION AND          ORDER
                                                                    :
CREDIT SUISSE GROUP, et al.,                     :
                                                                    :
                                        Defendants.      :
------------------------------------------------------- x

WHEREAS, by Order dated July 7, 2008, the Court appointed Kevin Cornwell and John M. Grady as Lead Plaintiffs and approved their selection of Lead Counsel;

WHEREAS, on October 8, 2008, the Court entered an Order providing that: (i) Lead Plaintiffs shall file their Consolidated Complaint by no later than October 20, 2008; (ii) Defendants shall file their motion to dismiss by no later than December 19, 2008; (iii) Lead Plaintiffs shall file their opposition by no later than February 17, 2009; and (iv) Defendants shall file their reply by no later than March 19, 2009;

WHEREAS, by Order dated February 18, 2009, Lead Plaintiffs were granted a two-week extension of time to file their opposition to Defendants motion to dismiss;

WHEREAS, Lead Plaintiff respectfully requests a one day extension to file their opposition to Defendants motion to dismiss in light of the severe snowstorm which resulted in the closure of our office for the day;

WHEREAS, there has been one prior request to extend the time for the filing of Lead Plaintiffs' opposition to Defendants' motion to dismiss set forth in this Court's October 8, 2008 Order;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to the approval of the Court, that:

1. Lead Plaintiffs shall file their opposition by no later than March 4, 2009; and

2. Defendants shall file their reply by no later than April 6, 2009.

- 1 -

DATED: March 3, 2009

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.

_____/s/ Mario Alba Jr._____
MARIO ALBA JR.

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

DATED: March 3, 2009

CRAVATH, SWAINE & MOORE LLP
RICHARD W. CLARY
JULIE A. NORTH

_____s/ Julie A. North_____
JULIE A. NORTH

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: 212/474-1000
212/474-3700 (fax)

Counsel for Defendants

\* \* \*

**ORDER**

IT IS SO ORDERED.

DATED: 4 March 2009

HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

- 2 -