UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN CORNWELL, JOHN M. GRADY, ERSTE-SPARINVEST KAPITALANLAGEGESELLSCHAFT M.B.H. and IRISH LIFE & PERMANENT PLC<br><br>Plaintiffs,<br><br>vs.<br><br>CREDIT SUISSE GROUP, BRADY W. DOUGAN, RENATO FASSBIND, D. WILSON ERVIN and PAUL CALELLO<br><br>Defendants. | ECF CASE<br>No. 08 Civ. 3758 (VM)<br><br>DECLARATION OF YONATAN EVEN |

I, Yonatan Even, declare:

1.   I am an associate with the law firm of Cravath, Swaine & Moore LLP, counsel for Defendants in the above-captioned action. I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Leave to File the [Proposed] Second Amended Class Action Complaint.

2.   Attached hereto as Exhibit A is a table comparing jurisdictional allegations in the [Proposed] Second Amended Class Action Complaint ("PSAC") to similar allegations in the Amended Complaint for Violation of the Federal Securities Laws, dated October 20, 2008 ("AC").

I declare under penalty of perjury that the above is true and correct.

Executed on December 2, 2009

_____
Yonatan Even