UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————— x

KEVIN CORNWELL, Individually and On
Behalf of All Others Similarly Situated,

                            Plaintiff,

        vs.

CREDIT SUISSE GROUP, et al.,

                        Defendants.

—————————————————————— x

: Civil Action No. 08-cv-03758(VM
: **(Consolidated)**
:
: <u>CLASS ACTION</u>
:
: DECLARATION OF ELLEN GUSIKOFF
: STEWART FILED ON BEHALF OF
: ROBBINS GELLER RUDMAN & DOWD
: LLP IN SUPPORT OF APPLICATION FOR
: AWARD OF ATTORNEYS' AND
: EXPENSES

633590_1

I, ELLEN GUSIKOFF STEWART, declare as follows:

1.      I am a member of the firm of Robbins Geller Rudman & Dowd LLP. I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2.      This firm is Co-Lead Counsel of record for plaintiffs.

3.      The identification and background of my firm and its partners is attached hereto as Exhibit A.

4.      The total number of hours spent on this litigation by my firm is 2,243.50. The total lodestar amount for attorney/paraprofessional time based on the firm's current rates is $1,239,490.00. The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases. A breakdown of the lodestar is as follows:

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Alba, Mario | (P) | 4.50 | 565 | 2,542.50 |
| Gusikoff Stewart, Ellen | (P) | 90.75 | 705 | 63,978.75 |
| Isaacson, Eric | (P) | 8.00 | 740 | 5,920.00 |
| Robbins, Darren J. | (P) | 6.25 | 760 | 4,750.00 |
| Rosenfeld, David | (P) | 171.50 | 595 | 102,042.50 |
| Rudman, Samuel H. | (P) | 520.50 | 770 | 400,785.00 |
| Svetcov, Sandy | (P) | 2.00 | 795 | 1,590.00 |
| Walton, David C. | (P) | 10.50 | 740 | 7,770.00 |
| Wilens, Douglas | (P) | 14.25 | 635 | 9,048.75 |
| Boardman, Erin | (A) | 4.50 | 360 | 1,620.00 |
| Charo, Jarrett | (A) | 286.50 | 510 | 146,115.00 |
| De Mato, Marisa | (A) | 149.75 | 460 | 68,885.00 |
| Fitzgerald, Carolina | (A) | 64.00 | 395 | 25,280.00 |
| Matera, Shannon | (A) | 4.75 | 490 | 2,327.50 |
| Ngo, Ivy | (A) | 2.00 | 395 | 790.00 |
| Reich, Mark | (A) | 7.25 | 550 | 3,987.50 |
| Millkey, Mark | (OC) | 161.25 | 670 | 108,037.50 |
| McCormick, Tricia | (PA) | 175.00 | 430 | 75,250.00 |
| Simonson, Todd | (PA) | 5.00 | 375 | 1,875.00 |

- 1 -

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Brandon, Kelley T. | (I) | 6.00 | 420 | 2,520.00 |
| Courtney, Jean M. | (I) | 10.00 | 315 | 3,150.00 |
| Aronica, Steven | (FA) | 187.00 | 535 | 100,045.00 |
| Barhoum, Anthony J. | (EA) | 26.00 | 380 | 9,880.00 |
| Le, Joseph | (EA) | 4.00 | 305 | 1,220.00 |
| Roelen, Scott | (EA) | 19.00 | 305 | 5,795.00 |
| Uralets, Boris | (EA) | 8.00 | 315 | 2,520.00 |
| Villalovas, Frank E. | (EA) | 6.50 | 380 | 2,470.00 |
| Wilhelmy, David E. | (EA) | 2.00 | 335 | 670.00 |
| Paralegal I | | 66.50 | 285-295 | 19,567.50 |
| Paralegal II | | 118.75 | 280 | 33,250.00 |
| Paralegal III | | 4.50 | 265 | 1,192.50 |
| Shareholder Relations | | 58.00 | 75-285 | 15,480.00 |
| Document Clerk | | 39.00 | 225-235 | 9,135.00 |
| TOTAL | | 2,243.50 | | $1,239,490.00 |

(P) Partner
(A) Associate
(OC) Of Counsel
(PA) Project Attorney
(I) Investigator
(FA) Forensic Accountant
(EA) Economic Analyst

5.      My firm incurred a total of $93,214.90 in expenses in connection with the prosecution

of this litigation.   They are broken down as follows:

### EXPENSES

From Inception to June 24, 2011

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Meals, Hotels & Transportation | $   1,592.52 |
| Photocopies | 3,159.62 |
| Postage | 46.63 |
| Telephone, Facsimile | 79.05 |
| Messenger, Overnight Delivery | 565.49 |
| Filing, Witness & Other Fees | 9,533.25 |
| Lexis, Westlaw, Online Library Research | 11,427.57 |
| Class Action Notices/Business Wire | 973.25 |
| Mediation Fees | 18,875.00 |

633590_1

| EXPENSE CATEGORY | | TOTAL |
|---|---|---|
| Experts/Consultants/Investigators | | 46,962.52 |
| All Point Financial, Inc. | $     325.00 | |
| CBIZ Valuation Group, LLC | 11,950.37 | |
| L.R. Hodges & Associates, Ltd. | 34,687.15 | |
| *TOTAL* | | **$ 93,214.90** |

6.      The following is additional information regarding these expenses:

(a)      Filing, Witness and Other Fees: $9,533.25

| DATE | VENDOR |
|---|---|
| 04/21/08 | Clerk of the Court |
| 04/23/08 | D&D Process Service, Inc. |
| 05/05/08 | Irma Herron |
| 05/09/08 | Class Action Research & Litigation Support Services |
| 08/13/08 | Clerk of the Court |
| 08/20/08 | Gary McClurg |
| 09/04/08 | D&D Process Service, Inc. |
| 09/08/08 | D&D Process Service, Inc. |
| 09/11/08 | D&D Process Service, Inc. |
| 09/15/08 | Legal Language Services |
| 10/27/09 | Gary McClurg |
| 11/12/09 | D&D Process Service, Inc. |
| 06/01/10 | Clerk of the Court |
| 06/18/10 | D&D Process Service, Inc. |
| 06/23/10 | Class Action Research & Litigation Support Services |
| 07/31/10 | Class Action Research & Litigation Support Services |
| 11/24/10 | D&D Process Service, Inc. |
| 12/08/10 | D&D Process Service, Inc. |
| 03/07/11 | Clerk, U.S. District Court |
| 03/09/11 | Clerk of the Court |
| 05/13/11 | Gary McClurg |

(b)      Meals, Hotels and Transportation: $1,592.52.  Expenses for out-of-town meals, hotels and transportation were incurred for court appearances, meetings and mediation sessions.

(c)      Photocopying:
In-house (10,386 copies @ $0.25 per copy): $2,596.50
Outside Photocopy Expenses: $563.12

- 3 -

633590_1

| DATE | VENDOR |
|------|--------|
| 05/10/10 | Kinkos.Com - Printing |
| 06/25/10 | Morgan Keegan & Company, Inc. |
| 07/30/10 | Comerica |
| 08/30/10 | Suntrust Bank |

(d)     Lexis, Westlaw, Online Library Research: $11,427.57.   These included vendors such as Disclosure, Inc., Dow Jones Interactive, Dow Jones & Co., Inc., Lexis Nexis, CDA Investment Technologies, Pacer Service Center, West Publishing Corporation, and Choice Point. These databases were used to obtain access to SEC filings, legal research and cite-checking of briefs. The charges for these vendors vary depending upon the type of services requested.

7.     The expenses pertaining to this case are reflected in the books and records of this firm.   These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of the expenses.

I declare under penalty of perjury that the foregoing is true and correct.   Executed this 27th day of June, 2011, at San Diego, California.

_____
ELLEN GUSIKOFF STEWART

633590_1

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on June 27, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

       I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 27, 2011.

                         s/ Ellen Gusikoff Stewart
                         ELLEN GUSIKOFF STEWART

                         ROBBINS GELLER RUDMAN
                            & DOWD LLP
                         655 West Broadway, Suite 1900
                         San Diego, CA  92101-3301
                         Telephone:  619/231-1058
                         619/231-7423 (fax)

                         E-mail: elleng@rgrdlaw.com

## Mailing Information for a Case 1:08-cv-03758-VM -JCF

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jarrett Scott Charo**
  jcharo@rgrdlaw.com

- **Richard W Clary**
  rclary@cravath.com,lgoldstein@cravath.com,abosse@cravath.com,rleraris@cravath.com

- **Marisa N. DeMato**
  mdemato@rgrdlaw.com

- **Jonathan Gardner**
  jgardner@labaton.com,electroniccasefiling@labaton.com

- **Deborah R Gross**
  debbie@bernardmgross.com

- **Beth Ann Kaswan**
  bkaswan@scott-scott.com,efile@scott-scott.com,aslaughter@scott-scott.com

- **Thomas Livezey Laughlin , IV**
  tlaughlin@scott-scott.com,efile@scott-scott.com

- **William H. Narwold**
  bnarwold@motleyrice.com,imoll@motleyrice.com,vlepine@motleyrice.com,loliver@motleyrice.com,ajanelle@motleyrice.com,bwalker@motle

- **Darren J. Robbins**
  drobbins@csgrr.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Paul J. Scarlato**
  pscarlato@labaton.com

- **Elizabeth S. Smith**
  esmith@motleyrice.com

- **John Brandon Walker**
  bwalker@motleyrice.com

- **David C. Walton**
  dwalton@csgrr.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Bernard M. Gross
The Law Office of Bernard M. Gross, P.C.
100 Penn Square East
Suite 450
Juniper and Market Streets
Philadelphia, PA 19107

Ellen Gusihoff Stewart
Robbins Geller Rudman & Dowd LLP (San Diego)
655 West Broadway
Suite 1900
San Diego, CA 92101

Ellen Gusikoff Stewart
Robbins Geller Rudman & Dowd LLP (San Diego)
655 West Broadway
Suite 1900
San Diego, CA 92101
```