UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————— x

KEVIN CORNWELL, Individually and On　　:
Behalf of All Others Similarly Situated,

　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　　Plaintiff,　　:

　　　　　　　　　　　　　　　　　　:

　　　vs.　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　:

CREDIT SUISSE GROUP, et al.,　　　　:

　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　　Defendants.　:

——————————————————— x

Civil Action No. 08-cv-03758
**(Consolidated)**

CLASS ACTION

DECLARATION OF JONATHAN
GARDNER FILED ON BEHALF OF
LABATON SUCHAROW LLP IN SUPPORT
OF APPLICATION FOR AWARD OF
ATTORNEYS' AND EXPENSES

I, JONATHAN GARDNER, declare as follows:

1.      I am a member of the law firm of Labaton Sucharow LLP.  I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2.      This firm is additional counsel for Plaintiffs in this Litigation and acted at the direction of Lead Counsel.

3.      The identification and background of my firm, its partners, and of counsel attorneys is attached hereto as Exhibit A.

4.      The total number of hours spent on this litigation by my firm is 332.7.  The total lodestar amount for attorney/paralegal time based on the firm's current rates is $222,549.00.  The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases.  A breakdown of the lodestar is as follows:

| NAME | STATUS | RATE | TOTAL HOURS TO DATE | TOTAL LODESTAR TO DATE |
|---|---|---|---|---|
| Sucharow, L. | P | $865 | 10.2 | $8,823.00 |
| Keller. C. | P | $740 | 130.4 | 96,496.00 |
| Belfi, E. | P | $690 | 101.4 | 69,966.00 |
| Gardner, J. | P | $675 | 29.9 | 20,182.50 |
| Scarlato, P. | OC | $615 | 16.0 | 9,840.00 |
| Goldman, M. | OC | $615 | 5.6 | 3,444.00 |
| Villegas, C. | A | $415 | 10.4 | 4,316.00 |
| Smith, P. | A | $400 | 3.0 | 1,200.00 |
| Hector, N. | A | $340 | 10.1 | 3,434.00 |
| Malonzo, F. | PL | $325 | 12.7 | 4,127.50 |
| Buffong, M. | PL | $240 | 3.0 | 720.00 |
| | | | | |
| **TOTAL** | | | **332.7** | **$222,549.00** |

| | | | |
|---|---|---|---|
| Partner | (P) | Associate | (A) |
| Of Counsel | (OC) | Paralegal | (PL) |

- 1 -

5.     My firm incurred a total of $10,866.72 in expenses in connection with the prosecution of this litigation.  They are broken down as follows:

### EXPENSES

From Inception to June 17, 2011

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Meals, Hotels & Transportation | $7,544.93 |
| Photocopies | $24.00 |
| Postage | $16.32 |
| Telephone, Facsimile | $53.96 |
| Filing, Witness & Other Fees | $50.00 |
| Westlaw, Online Library Research | $177.51 |
| Outside Experts/Consultants | |
| Forensic Economics, Inc. (loss causation/damages) | $3,000.00 |
| TOTAL | $10,866.72 |

6.     The following is additional information regarding these expenses:

(a)     Filing, Witness and Other Fees: $50.00.

| DATE | VENDOR |
|---|---|
| 6/30/10 | U.S. District Court Clerk - SDNY |
| 7/19/10 | U.S. District Court Clerk - SDNY |

(b)     Meals, Hotels and Transportation: $7,544.93.  Expenses for out-of-town meals, hotels and transportation were incurred for the following purposes:

| NAME | DATE | DESTINATION | PURPOSE |
|---|---|---|---|
| Eric Belfi | 7/8/09 | Dunlin, Ireland | Meeting with client |
| Lawrence Sucharow | 7/8/09 | Dublin, Ireland | Meeting with client |
| Eric Belfi | 4/3/10 | Dublin, Ireland | Meeting with client |

(c)     Photocopying:
In-house (120 copies @ $0.20 per copy): $24.00

(d)     Westlaw, Online Library Research: $177.51.  These included vendors such as Westlaw and Pacer Service Center.  These databases were used to obtain access to legal filings, legal research and information for cite-checking of briefs.  The charges for these vendors vary depending upon the type of services requested.

- 2 -

7.     The expenses pertaining to this case are reflected in the books and records of my firm.  These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of the expenses.


I declare under penalty of perjury that the foregoing is true and correct.  Executed this ___ day of June, 2011 at New York, New York.

_____
JONATHAN GARDNER

CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 27, 2011.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: elleng@rgrdlaw.com

## Mailing Information for a Case 1:08-cv-03758-VM -JCF

#### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jarrett Scott Charo**
  jcharo@rgrdlaw.com

- **Richard W Clary**
  rclary@cravath.com,lgoldstein@cravath.com,abosse@cravath.com,rleraris@cravath.com

- **Marisa N. DeMato**
  mdemato@rgrdlaw.com

- **Jonathan Gardner**
  jgardner@labaton.com,electroniccasefiling@labaton.com

- **Deborah R Gross**
  debbie@bernardmgross.com

- **Beth Ann Kaswan**
  bkaswan@scott-scott.com,efile@scott-scott.com,aslaughter@scott-scott.com

- **Thomas Livezey Laughlin , IV**
  tlaughlin@scott-scott.com,efile@scott-scott.com

- **William H. Narwold**
  bnarwold@motleyrice.com,imoll@motleyrice.com,vlepine@motleyrice.com,loliver@motleyrice.com,ajanelle@motleyrice.com,bwalker@motle

- **Darren J. Robbins**
  drobbins@csgrr.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Paul J. Scarlato**
  pscarlato@labaton.com

- **Elizabeth S. Smith**
  esmith@motleyrice.com

- **John Brandon Walker**
  bwalker@motleyrice.com

- **David C. Walton**
  dwalton@csgrr.com

#### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Bernard M. Gross
The Law Office of Bernard M. Gross, P.C.
100 Penn Square East
Suite 450
Juniper and Market Streets
Philadelphia, PA 19107

Ellen Gusihoff Stewart
Robbins Geller Rudman & Dowd LLP (San Diego)
655 West Broadway
Suite 1900
San Diego, CA 92101

Ellen Gusikoff Stewart
Robbins Geller Rudman & Dowd LLP (San Diego)
655 West Broadway
Suite 1900
San Diego, CA 92101
```