UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

KEVIN CORNWELL, Individually and On
Behalf of All Others Similarly Situated,

                          Plaintiff,

      vs.

CREDIT SUISSE GROUP, et al.,

                     Defendants.

———————————————————— x

:    Civil Action No. 08-cv-03758
:    **(Consolidated)**
:
:
:    <u>CLASS ACTION</u>
:
:    DECLARATION OF J. BRANDON
:    WALKER FILED ON BEHALF OF
:    MOTLEY RICE LLC IN SUPPORT OF
:    APPLICATION FOR AWARD OF
:    ATTORNEYS' FEES AND EXPENSES

I, J. BRANDON WALKER, declare as follows:

1.       I am an associate at the firm Motley Rice LLC.  I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2.       This firm is counsel of record for plaintiff Erste-Sparinvest Kapitalanlagegesellschaft m.b.H.

3.       The identification and background of my firm and its partners is attached hereto as Exhibit A.

4.       The total number of hours spent on this litigation by my firm is 480.90 hours.  The total lodestar amount for attorney/paralegal time based on the firm's current rates is $212,632.25. The hourly rates shown below are the usual and customary rates charged for each individual in all of my firm's cases.  A breakdown of the lodestar is as follows:

| Name | | Hours | Rate | Lodestar |
|---|---|---|---|---|
| Rice, Joseph F. | (P) | 2.00 | $950.00 | $1,900.00 |
| Hughes, James M. | (P) | 12.25 | $650.00 | $7,962.50 |
| Narwold, Bill | (P) | 11.10 | $800.00 | $8,880.00 |
| Moll, Ingrid | (P) | 0.20 | $600.00 | $120.00 |
| Levin, Gregg | (P) | 22.50 | $650.00 | $14,625.00 |
| Ritter, Ann | (P) | 46.20 | $750.00 | $34,650.00 |
| Humphries, Badge | (A) | 2.50 | $550.00 | $1,375.00 |
| Walker, Brandon | (A) | 143.75 | $425.00 | $61,093.75 |
| Oliver, Lance | (A) | 69.00 | $475.00 | $32,775.00 |
| Norton, Bill | (A) | 24.25 | $475.00 | $11,518.75 |
| Rome, Daniel | (A) | 29.00 | $300.00 | $8,700.00 |
| Applegate, William | (A) | 7.50 | $450.00 | $3,375.00 |
| Abel, David | (A) | 20.25 | $300.00 | $6,075.00 |
| Egan, Andrea | (PL) | 10.00 | $150.00 | $1,500.00 |
| Carlson, Jessica | (PL) | 1.75 | $165.00 | $288.75 |
| Driggers, Megan | (PL) | 1.50 | $95.00 | $142.50 |
| Boisjoly, Jennifer | (PL) | 12.50 | $95.00 | $1,187.50 |
| Wankel, Sam | (BA) | 15.00 | $315.00 | $4,725.00 |

| Name | | Hours | Rate | Lodestar |
|---|---|---|---|---|
| Foulke, Adam | (BA) | 2.75 | $350.00 | $962.50 |
| Beyel, Michelle | (PL) | 10.50 | $135.00 | $1,417.50 |
| Stokes, Ashley | (PL) | 1.75 | $150.00 | $262.50 |
| Moeritz, Steffen | (BA) | 15.25 | $350.00 | $5,337.50 |
| Janelle, Alice | (PL) | 3.40 | $215.00 | $731.00 |
| Gionet, Laura | (PL) | 6.00 | $150.00 | $900.00 |
| Weil, Katherine | (PL) | 2.25 | $205.00 | $461.25 |
| Richards, Evelyn | (PL) | 0.25 | $215.00 | $53.75 |
| McLaughlin, Lora | (PL) | 7.50 | $215.00 | $1,612.50 |
| **TOTAL:** | | **$480.90** | | **$212,632.25** |
| | | | | |
| **(P)  Partner** | | | | |
| **(A)  Associate** | | | | |
| **(PL)  Paralegal/Legal Secretary** | | | | |
| **(BA)  Business Analyst** | | | | |

5.    My firm incurred a total of $2,001.30 in expenses in connection with the prosecution of this litigation.  They are broken down as follows:

**EXPENSES**

From Inception to June 20, 2011

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Photocopies | $77.05 |
| Postage, Messenger, and Overnight Delivery | $447.82 |
| Telephone, Facsimile | $210.05 |
| Court Fees | $75.00 |
| Lexis, Westlaw, Research Materials | $1,191.38 |
| **TOTAL** | **$2,001.30** |

6.    The following is additional information regarding these expenses:

(a)    Court Fees:  $75.00.

| DATE | Court |
|---|---|
| 4/21/10 | Supreme Court of South Carolina Certificate of Good Standing fee |
| 4/30/10 | SDNY *Pro Hac Vice* filing fee |
| 5/18/10 | SDNY *Pro Hac Vice* filing fee |

(b)     Photocopying:

In-house (335 copies @ $0.23 per copy): $77.05

(c)     Lexis, Westlaw, Research Materials: $1,191.38.  These included vendors such as Disclosure, Inc., Dow Jones Interactive, Dow Jones & Co., Inc., Lexis Nexis, CDA Investment Technologies, Pacer Service Center, West Publishing Corporation, and Choice Point.   These databases were used to obtain access to SEC filings, legal research and cite-checking of briefs. The charges for these vendors vary depending upon the type of services requested.

7.     The expenses pertaining to this case are reflected in the books and records of this firm.   These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of the expenses.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 23rd day of June, 2011, at Charleston, South Carolina.

_____
J. Brandon Walker

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 27, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 27, 2011.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: elleng@rgrdlaw.com

## Mailing Information for a Case 1:08-cv-03758-VM -JCF

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jarrett Scott Charo**
  jcharo@rgrdlaw.com

- **Richard W Clary**
  rclary@cravath.com,lgoldstein@cravath.com,abosse@cravath.com,rleraris@cravath.com

- **Marisa N. DeMato**
  mdemato@rgrdlaw.com

- **Jonathan Gardner**
  jgardner@labaton.com,electroniccasefiling@labaton.com

- **Deborah R Gross**
  debbie@bernardmgross.com

- **Beth Ann Kaswan**
  bkaswan@scott-scott.com,efile@scott-scott.com,aslaughter@scott-scott.com

- **Thomas Livezey Laughlin , IV**
  tlaughlin@scott-scott.com,efile@scott-scott.com

- **William H. Narwold**
  bnarwold@motleyrice.com,imoll@motleyrice.com,vlepine@motleyrice.com,loliver@motleyrice.com,ajanelle@motleyrice.com,bwalker@motle

- **Darren J. Robbins**
  drobbins@csgrr.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Paul J. Scarlato**
  pscarlato@labaton.com

- **Elizabeth S. Smith**
  esmith@motleyrice.com

- **John Brandon Walker**
  bwalker@motleyrice.com

- **David C. Walton**
  dwalton@csgrr.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Bernard M. Gross
The Law Office of Bernard M. Gross, P.C.
100 Penn Square East
Suite 450
Juniper and Market Streets
Philadelphia, PA 19107

Ellen Gusihoff Stewart
Robbins Geller Rudman & Dowd LLP (San Diego)
655 West Broadway
Suite 1900
San Diego, CA 92101

Ellen Gusikoff Stewart
Robbins Geller Rudman & Dowd LLP (San Diego)
655 West Broadway
Suite 1900
San Diego, CA 92101
```