UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
KEVIN CORNWELL, Individually and On  : Civil Action No. 08-cv-03758
Behalf of All Others Similarly Situated,  : **(Consolidated)**
                                     :
                    Plaintiff,       : CLASS ACTION
                                     :
         vs.                         : DECLARATION OF DEBORAH STURMAN
                                     : FILED ON BEHALF OF STURMAN LLC IN
CREDIT SUISSE GROUP, et al.,         : SUPPORT OF APPLICATION FOR
                                     : AWARD OF ATTORNEYS' FEES AND
                    Defendants.      : EXPENSES
                                     :
---------------------------------------- x

I, DEBORAH STURMAN, declare as follows:

1. I am the sole member of the firm Sturman LLC. I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2. My firm is counsel for plaintiff Erste-Sparinvest Kapitalanlagegesellschaft m.b.H.

3. I have more than 15 years of experience in complex and international litigation. A short biography is attached hereto as Exhibit A.

4. The total number of hours spent on this litigation by my firm is 55.40 hours. The total lodestar amount for my time based on my current billing rate of $800.00 per hour is $44,320.00.

5. My firm incurred a total of $3,167.71 in expenses in connection with the prosecution of this litigation. They are broken down as follows:

### EXPENSES

From Inception to June 20, 2011

| EXPENSE CATEGORY | TOTAL |
| --- | --- |
| Meals, Hotels & Transportation | $3,167.71 |
| **TOTAL** | **$3,167.71** |

6. The following is additional information regarding these expenses:

(a) Meals, Hotels and Transportation: $3,167.71. Expenses for meals, hotels and transportation were incurred for the following purposes:

| NAME | DATE | DESTINATION | PURPOSE |
| --- | --- | --- | --- |
| Deborah Sturman | 10/7/09-10/16/09 | Europe | Meetings with client |
| Deborah Sturman | 2/24/10-3/06/10 | Europe | Meetings with client |
| Deborah Sturman | 5/2/10-5/11/10 | Europe | Meetings with client |
| Deborah Sturman | 7/14/10-7/19/10 | Europe | Meetings with client |

7.  The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of the expenses.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of June, 2011, at New York, New York.

_____
Deborah Sturman

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 27, 2011.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: elleng@rgrdlaw.com

# Mailing Information for a Case 1:08-cv-03758-VM -JCF

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jarrett Scott Charo**
  jcharo@rgrdlaw.com

- **Richard W Clary**
  rclary@cravath.com,lgoldstein@cravath.com,abosse@cravath.com,rleraris@cravath.com

- **Marisa N. DeMato**
  mdemato@rgrdlaw.com

- **Jonathan Gardner**
  jgardner@labaton.com,electroniccasefiling@labaton.com

- **Deborah R Gross**
  debbie@bernardmgross.com

- **Beth Ann Kaswan**
  bkaswan@scott-scott.com,efile@scott-scott.com,aslaughter@scott-scott.com

- **Thomas Livezey Laughlin , IV**
  tlaughlin@scott-scott.com,efile@scott-scott.com

- **William H. Narwold**
  bnarwold@motleyrice.com,imoll@motleyrice.com,vlepine@motleyrice.com,loliver@motleyrice.com,ajanelle@motleyrice.com,bwalker@motle

- **Darren J. Robbins**
  drobbins@csgrr.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Paul J. Scarlato**
  pscarlato@labaton.com

- **Elizabeth S. Smith**
  esmith@motleyrice.com

- **John Brandon Walker**
  bwalker@motleyrice.com

- **David C. Walton**
  dwalton@csgrr.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Bernard M. Gross
The Law Office of Bernard M. Gross, P.C.
100 Penn Square East
Suite 450
Juniper and Market Streets
Philadelphia, PA 19107

Ellen Gusihoff Stewart
Robbins Geller Rudman & Dowd LLP (San Diego)
655 West Broadway
Suite 1900
San Diego, CA 92101

Ellen Gusikoff Stewart
Robbins Geller Rudman & Dowd LLP (San Diego)
655 West Broadway
Suite 1900
San Diego, CA 92101
```