UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN CORNWELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT SUISSE GROUP, et al.,<br><br>Defendants. | Civil Action No. 08-cv-03758(VM)<br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>SUPPLEMENTAL DECLARATION OF CAROLE K. SYLVESTER RE MAILING OF THE NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION AND THE PROOF OF CLAIM AND RELEASE FORM |

I, Carole K. Sylvester, declare:

## THE NOTICE AND PROOF OF CLAIM

1. I submit this supplemental declaration in order to provide the Court and the parties to the above-captioned litigation with information regarding the additional mailing of the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") and the Proof of Claim and Release form (the "Proof of Claim"). I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I am employed by Gilardi & Co. LLC ("Gilardi"), located at 3301 Kerner Blvd., San Rafael, California. Gilardi was retained as the Claims Administrator in this matter. Previously a declaration was submitted regarding mailing the Notice and the Proof of Claim form (collectively, the "Claim Package"). That declaration was dated June 16, 2011. At that time Gilardi had mailed a total of 198,106 Claim Packages to potential class members and nominees.

## SUBSEQUENT MAILING OF THE CLAIM PACKAGE

3. Since June 16, 2011, Gilardi has mailed an additional 3,590 Claim Packages at the request of class members and nominees. Therefore, the total number of Claim Packages mailed to date is 201,696.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 8th day of July 2011, at San Rafael, California.

_____
CAROLE K. SYLVESTER

CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 11, 2011.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: elleng@rgrdlaw.com

## Mailing Information for a Case 1:08-cv-03758-VM -JCF

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- Jarrett Scott Charo
  jcharo@rgrdlaw.com

- Richard W Clary
  rclary@cravath.com,lgoldstein@cravath.com,abosse@cravath.com,rleraris@cravath.com

- Marisa N. DeMato
  mdemato@rgrdlaw.com

- Jonathan Gardner
  jgardner@labaton.com,electroniccasefiling@labaton.com

- Deborah R Gross
  debbie@bernardmgross.com

- Beth Ann Kaswan
  bkaswan@scott-scott.com,efile@scott-scott.com,aslaughter@scott-scott.com

- Thomas Livezey Laughlin , IV
  tlaughlin@scott-scott.com,efile@scott-scott.com

- William H. Narwold
  bnarwold@motleyrice.com,imoll@motleyrice.com,vlepine@motleyrice.com,loliver@motleyrice.com,ajanelle@motleyrice.com,bwalker@motleyri

- Darren J. Robbins
  e_file_sd@lerachlaw.com

- David Avi Rosenfeld
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- Samuel Howard Rudman
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- Paul J. Scarlato
  pscarlato@labaton.com

- Elizabeth S. Smith
  esmith@motleyrice.com

- Ellen Anne Gusikoff Stewart
  elleng@rgrdlaw.com

- John Brandon Walker
  bwalker@motleyrice.com

- David C. Walton
  dwalton@csgrr.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Bernard M. Gross
The Law Office of Bernard M. Gross, P.C.
100 Penn Square East
Suite 450
Juniper and Market Streets
Philadelphia, PA 19107

Ellen Gusihoff Stewart
Robbins Geller Rudman & Dowd LLP (San Diego)
655 West Broadway
Suite 1900
San Diego, CA 92101

Ellen Gusikoff Stewart
Robbins Geller Rudman & Dowd LLP (San Diego)
655 West Broadway
Suite 1900
San Diego, CA 92101
```